THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Manix A.
 Bailey, Appellant.
 
 
 

Appeal From York County
Judge Michael G. Nettles, Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-672
Submitted December 1, 2008  Filed
 December 9, 2008  
APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Kevin Scott
 Brackett, of York, for Respondent.
 
 
 

PER
 CURIAM:  Manix A. Bailey appeals his guilty pleas for possession with intent to distribute cocaine,
 trafficking crack cocaine more than ten grams, and two counts of distribution
 of crack cocaine and four concurrent sentences
 of twelve years.  He maintains his guilty plea failed to conform with
 the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels
 brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]  
APPEAL DISMISSED.
ANDERSON, HUFF,
 and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.